**Victor Manuel MEJIA POBLETE,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 08–70676.

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2011.*

Filed June 9, 2011.

Victor Manuel Mejia Poblete, Panorama
City, CA, pro se.

Aaron D. Nelson, Esquire, OIL, U.S.
Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, CAC–District Counsel, Esquire,
Office of the District Counsel, Department
of Homeland Security, Los Angeles, CA,
Ronald E. Lefevre, Office of the District
Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PREGERSON, THOMAS, and
PAEZ, Circuit Judges.

MEMORANDUM **

Victor Manuel Mejia Poblete, a native
and citizen of Mexico, petitions pro se for
review of the Board of Immigration Appeals' order dismissing his appeal from an
immigration judge's ("IJ") decision denying his application for asylum, withholding
of removal, and relief under the Convention Against Torture ("CAT"). We have
jurisdiction under 8 U.S.C. § 1252. We
review for substantial evidence, *Nagoulko
v. INS*, 333 F.3d 1012, 1015 (9th Cir.2003),
and we deny the petition for review.

The record does not compel the conclusion that Mejia Poblete established
changed circumstances excusing the untimely filing of his asylum application. *See*
8 C.F.R. § 1208.4(a); *Ramadan v. Gonzales*, 479 F.3d 646, 655–58 (9th Cir.2007)
(per curiam). Accordingly, his asylum
claim fails.

Substantial evidence supports the agency's finding that Mejia Poblete failed to
establish that he experienced past persecution based on a single threatening letter
and two visits to his home from unknown
men. *See Lim v. INS*, 224 F.3d 929, 936–
37 (9th Cir.2000) (threats unaccompanied
by additional mistreatment do not amount
to persecution). Substantial evidence also
supports the agency's finding that Mejia
Poblete did not demonstrate a clear probability of future persecution. *See Nagoulko*, 333 F.3d at 1018. We reject Mejia
Poblete's contention the IJ failed to consider his supporting documentation. *See
Larita–Martinez v. INS*, 220 F.3d 1092,
1095–96 (9th Cir.2000) (petitioner must
overcome the presumption that the agency
has considered all the evidence). Accordingly, Mejia Poblete's withholding of removal claim fails.

Substantial evidence supports the agency's denial of CAT relief because Mejia
Poblete failed to show it is more likely
than not he will be tortured if returned to
Mexico. *See Arteaga v. Mukasey*, 511
F.3d 940, 948–49 (9th Cir.2007).

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Finally, we reject Mejia Poblete's contentions that the agency violated his right to due process. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir.2000) (requiring error to prevail in due process claim).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.